USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/10/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MUTHLA ALSAYER, ) | Civil A. No. 1:22-cv-02628 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF DEFENDANT'S MOTION** |
| ) | **TO DISMISS** |
| OMNIX LABS, INC. ) | |
| ) | |
| Defendants ) | |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law dated May 6, 2022, Defendant OmniX Labs, Inc, will respectfully move before the Honorable Analisa Torres at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007 to Dismiss the Complaint of Plaintiff Muthla AlSayer's pursuant to Fed. R. Civ. P. 12(b)(6), due to failure to state a claim upon which relief may be granted and/or Fed. R. Civ. P. 12(b)(7) for failure to join an indispensable party.

DENIED without prejudice to renewal in a motion that complies with the requirements set forth in Rule III of the Court's Individual Practices in Civil Cases. Any subsequent pre-motion letter must affirm compliance with the Court's requirements.

SO ORDERED.

Dated: May 10, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge