```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/19/2022_____

MUTHLA ALSAYER,

                      Plaintiff,

-against-    22 Civ. 2628 (AT)

OMNIX LABS, INC.,    **ORDER**

                      Defendant.

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed stipulated confidentiality agreement and protective order. ECF No. 34-1. This Court will not retain jurisdiction to enforce this order after termination of the litigation. *See id.* ¶ 18. Accordingly, by **August 26, 2022**, the parties shall file an amended proposed order removing the language in paragraph 18 of the proposed order.

    SO ORDERED.

Dated: August 19, 2022
       New York, New York

                                      ANALISA TORRES
                                United States District Judge