```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/2/2022___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUTHLA ALSAYER,

                     Plaintiff,

      -against-                               22 Civ. 2628 (AT)

OMNIX LABS, INC.,                          **ORDER**

                     Defendant.

ANALISA TORRES, District Judge:

      In the parties' joint letter dated November 14, 2022, the parties state that they have a dispute regarding a "limited issue related to certain documents plaintiff testified about in her deposition." ECF No. 40. By **December 5, 2022**, the parties shall file a letter explaining the nature of their dispute and the relief they request from the Court.

      SO ORDERED.

Dated: December 2, 2022
       New York, New York

ANALISA TORRES
United States District Judge