```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/5/22_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUTHLA ALSAYER,

                      Plaintiff,

      -against-                               22 Civ. 2628 (AT)

OMNIX LABS, INC.,                           **ORDER**

                      Defendant.

ANALISA TORRES, District Judge:

       The conference scheduled for December 6, 2022, at 1:00 p.m., is ADJOURNED *sine die*.

       SO ORDERED.

Dated: December 5, 2022
       New York, New York

                                             ANALISA TORRES
                                     United States District Judge