UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUTHLA ALSAYER,

                Plaintiff,

-against-

OMNIX LABS, INC.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/6/2023
```

22 Civ. 2628 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 17, 2022, omniX filed a letter requesting leave to file a motion for summary judgment and a pre-motion conference. ECF No. 42. On December 1, 2022, AlSayer filed a response. ECF No. 46. Accordingly:

1. Defendant's request for a pre-motion conference is DENIED.
2. Defendant's request for leave to file a motion for summary judgment is GRANTED.
3. By **March 10, 2023**, omniX shall file its motion.
4. By **March 31, 2023**, AlSayer shall file her opposition.
5. By **April 14, 2023**, omniX shall file its reply, if any.

SO ORDERED.

Dated: February 6, 2023
       New York, New York

                                              ANALISA TORRES
                                              United States District Judge