

**COHEN TAUBER SPIEVACK & WAGNER P.C.**

direct: 212-381-8745
e-mail: krubinstein@ctswlaw.com

August 5, 2024

*By ECF*

Honorable Lewis J. Liman
United States District Judge
United States District Court
500 Pearl Street, Room 1620
New York, New York 10007

*Re:    AlSayer v. omniX Labs, Inc.
        1:22-CV-02628 (AT)*

At the request of the parties, the Court's Order of August 1, 2024 is revised to reflect that the Court will hold the trial during the week of December 9, 2024.  No further adjournments will be permitted.  The parties shall submit their proposals for pretrial submissions by August 9, 2024, at 5:00 P.M.

DATE: August 5, 2024

SO ORDERED.

_[signature]_
LEWIS J. LIMAN
United States District Judge

Dear Judge Liman:

I represent Muthla AlSayer, the plaintiff in the above-referenced action.  Pursuant to the Court's August 1, 2024 order, this matter has been scheduled for trial "the week of October 15, 2024".  The Jewish holiday of Sukkot (which I observe) begins the evening of *October 16* (around 6:00 p.m.) and I will be unavailable to attend Court on October 17, 18, 22, and 23.  Thereafter, I am scheduled to begin a jury trial in the District Court of New Jersey on November 4, 2024, before Judge Jamel K. Semper in *Gordon v. Nice Systems, Inc., et al. (18-cv-02168)*.

Plaintiff therefore respectfully requests that the trial of this matter be adjourned until early December 2024 or late January 2025.  I have conferred with defendant's counsel (Gavin Lentz) who advised that defendant prefers a trial date in late January or February 2025.

Thank you for your consideration.

Respectfully submitted,

/s/ Kenneth J. Rubinstein

Kenneth J. Rubinstein

cc:    Counsel for defendant
       (*By ECF*)