**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
MUTHLA ALSAYER,

                Plaintiff,                22 **CIVIL** 2628 (LJL)

    -against-                         **JUDGMENT**

OMNIX LABS, INC.,

                Defendant.
-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 15, 2025, the Court has awarded a declaratory judgment for Plaintiff on her claim for breach of implied agreement. The Court declares that OmniX is liable for AlSayer's obligations to the KNF under the KNF loan agreement and associated surety agreement. Judgment is entered in favor of Plaintiff; accordingly, the case is closed.

**Dated:** New York, New York
           January 15, 2025

                                               **TAMMI M. HELLWIG**
                                                **Clerk of Court**

                    **BY:**      K. Mango

                                                 **Deputy Clerk**