### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUTHLA AL SAYER,<br>    Plaintiff<br><br> v.<br><br>OMNIX LABS, INC.,<br>    Defendant | NO. 22-cv-2628 (LJL)<br><br>**NOTICE OF APPEAL** |

  Notice is hereby given that OmniX Labs, Inc. ("OmniX"), Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from an Opinion and Order entered in this action on January 15, 2025, awarding a declaratory judgment in favor of Muthla Al Sayer, the Plaintiff in the above-named case "on her claim for breach of implied agreement" and declaring "that OmniX is liable for AlSayer's obligations to the KNF under the KNF loan agreement and associated surety agreement," and directing the Clerk of Court "to enter Judgment in favor of Plaintiff and close this case." The Clerk's entry of final Judgment of January 15, 2025 was pursuant to the Court's aforesaid Opinion and Order.

  The January 15, 2025 Opinion and Order denied Plaintiff's other claims and on January 15, 2025, final Judgment was entered by the Clerk pursuant to the January 15, 2025 Opinion and Order, thereby rendering the January 15, 2025 Opinion and Order final and appealable as of that date.

                Respectfully submitted,

                **BOCHETTO & LENTZ, P.C.**

Date: February 12, 2025    By: */s/ Gavin P. Lentz*
                 Gavin P. Lentz, Esquire
                 Albert M. Belmont, III, Esquire
                 *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

Gavin P. Lentz, Esquire, counsel for Defendant OmniX, Inc., hereby certify that a true and correct copy of the Notice of Appeal was served on counsel of record by the filing of this document with through the ECF system on the 12th day of February, 2025.

*/s/ Gavin P. Lentz*
Gavin P. Lentz, Esquire