UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/01/2025

------------------------------------------------------------------------X
         :

MUTHLA ALSAYER,         :

         :

        Plaintiff,         :

         :      22-cv-2628 (LJL)

    -v-         :

         :      ORDER

OMNIX LABS, INC.,         :

         :

        Defendant.         :

         :

------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court will hold a conference in this matter on Friday, December 5, 2025, at 10:00 a.m. The parties are instructed to dial 646-453-4442 and input access code 358639322. In advance of the conference, the parties shall each submit a letter, no longer than 2 pages, outlining the procedure that the Court should follow in determining whether to grant relief under 28 U.S.C. § 2202, including whether the motion to enforce should be treated by the Court as one for summary judgment.

    SO ORDERED.

Dated: December 1, 2025
      New York, New York              _____
                            LEWIS J. LIMAN
                        United States District Judge