UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

MUTHLA ALSAYER,                                  :
                                                 :   Case No. 22 Civ. 2628 (AT)
                        Plaintiff,               :
                                                 :
        v.                                       :
                                                 :
OMNIX LABS, INC.,                                :
                                                 :
                        Defendant.               :
------------------------------------------------------------------- X

## JUDGMENT

In accordance with the *Memorandum and Order* of the Court dated March 26, 2026 (ECF Dkt. 137) in which, *inter alia*, the Court granted Plaintiff Muthla AlSayer's ("AlSayer") motion for summary judgment for a monetary judgment against Defendant for the full value of the KNF Loan plus fees (420,453.440 KWD) and ordered Plaintiff to submit a proposed judgment with the value of the KNF Loan in U.S. dollars,

**NOW, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, AlSayer shall have judgment against Defendant omniX Labs, Inc., in the amount of $1,368,660.04[1], with interest accruing from March 26, 2026 at the daily rate of $142.04 until the judgment is satisfied.

Dated:  April 13, 2026
         New York, New York

_____
Hon. Lewis J. Liman
United States District Judge

---

[1]   Converted based on the KWD-USD exchange rate on March 26, 2026 (3.2552), as noted on the Wall Street Journal's website (https://www.wsj.com/market-data/quotes/fx/KWDUSD/historical-prices).